GARY M. RESTAINO
United States Attorney
District of Arizona

RAYNETTE M. LOGAN
Arizona State Bar No. 016695
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Bonaventure Pablo, Jr.,<br><br>Defendant. | No. CR-25-00133-PHX-DLR (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 111(a)(1) and (b)<br>(Assault on a Federal Officer Resulting in Bodily Injury)<br>Counts 1 and 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about January 15, 2025, in the District of Arizona, the defendant, BONAVENTURE PABLO, JR., did intentionally, knowingly, and forcibly assault K.R., a person designated under Title 18, United States Code, Section 1114 as a Deputy Special Officer with the Bureau of Indian Affairs at the time, while K.R. was engaged in and on account of performance of official duties, and in doing so, the defendant made physical contact with the victim and inflicted bodily injury.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT 2

On or about January 15, 2025, in the District of Arizona, the defendant, BONAVENTURE PABLO, JR., did intentionally, knowingly, and forcibly assault E.P., a person designated under Title 18, United States Code, Section 1114 as a Deputy Special Officer with the Bureau of Indian Affairs at the time, while E.P. was engaged in and on account of performance of official duties, and in doing so, the defendant made physical contact with the victim and inflicted bodily injury.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: January 28, 2025

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
RAYNETTE M. LOGAN
Assistant U.S. Attorney